UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 9 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> KATHERINE KEALOHA, AKA Kat, AKA Katherine E. Kealoha, AKA Kathy Kealoha, AKA Alison Lee Wong, <br><br> Defendant-Appellant. | No. 22-16873 <br><br> D.C. Nos. <br> 1:22-cv-00336-JMS-KJM <br> 1:18-cr-00068-JMS-WRP-1 <br> District of Hawaii, <br> Honolulu <br><br> ORDER |

Before: TASHIMA, S.R. THOMAS, and CLIFTON, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the orders challenged in the appeal are not final or appealable. *See* 28 U.S.C. § 1291; *Firestone Tire & Rubber Co. v. Risjord*, 449 U.S. 368, 377-78 (1981) (order denying a motion to disqualify counsel in a civil case not immediately appealable); *see also Branson v. City of Los Angeles*, 912 F.2d 334, 336 (9th Cir. 1990) (denial of reconsideration of non-appealable order is itself not appealable). Consequently, this appeal is dismissed for lack of jurisdiction.

**DISMISSED.**

DA/Pro Se